# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| Melvin Turner, | : | |
|---|---|---|
| Plaintiff | : | CIVIL ACTION NO. 3:13-872 |
| v. | : | (MANNION, D.J.)<br>(CARLSON, M.J.) |
| Rafel Lopez, *et al.*, | : | |
| Defendant | : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1) The report and recommendation of Judge Carlson, (Doc. No. 27), is **ADOPTED IN FULL**.

2) For the reasons stated in Judge Carlson's report and recommendation, Defendant Wayne's motion to dismiss, (Doc. No. 12), is **GRANTED without prejudice.**

3) The Clerk of Court's is directed to terminate Defendant Wayne Memorial Hospital from this matter.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 10, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0872-01-ORDER.wpd