# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN TURNER,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-872 |
| v. | : | (MANNION, D.J.)<br>(CARLSON, M.J.) |
| **RAFEL LOPEZ,** *et al.*, | : | |
| Defendants | : | |

# ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Judge Carlson's report and recommendation, (Doc. No. 34), is **ADOPTED IN FULL**;

(2) The defendant's motion to dismiss is **GRANTED**;

(3) The plaintiff's Eighth Amendment claim brought pursuant to 42 U.S.C. §1983 is **DISMISSED WITH PREJUDICE**;

(4) All other state law claims are **DISMISSED WITHOUT PREJUDICE**;

(5) The Clerk is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 9, 2013**